# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**SIDNEY MARTS,**

    **Plaintiff,**

v.                                                CASE NO. 4:13-cv-520-MW/CAS

**STATE OF FLORIDA,**
**et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.5, filed October 23, 2013, and has also reviewed *de novo* Plaintiff's Notice of Written Objections W/Motion for Evidentiary Hearing, ECF Nos. 6 and 7, filed November 6, 2013. Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i)."

The Clerk shall close the file.

**SO ORDERED on November 6, 2013.**

                                              **s/Mark E. Walker**
                                              **United States District Judge**