IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SIDNEY MARTS,

      Plaintiff,

v.                              CASE NO. 4:13-cv-520-MW/CAS

STATE OF FLORIDA,
et al.,

      Defendants.

_____/

**AMENDED
ORDER ACCEPTING
REPORT AND RECOMMENDATION[1]**

This Court has considered the Magistrate's Report and Recommendation, ECF No.5, filed October 23, 2013, and has also reviewed *de novo* Plaintiff's Notice of Written Objections and Motion for Evidentiary Hearing, ECF Nos. 6 and 7, filed November 6, 2013. Upon consideration

IT IS ORDERED:

---

[1] Pursuant to Federal Rules of Civil Procedure 60(a), this Court is correcting a clerical mistake; namely, correcting the section number referenced in its Order Accepting Report and Recommendation, ECF No. 8. Is so doing, this Court notes that the appeal has not yet been docketed in the appellate court and thus leave of the appellate court is not required.

1

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED with prejudice** as frivolous pursuant to **28 U.S.C. §1915A**." The Clerk shall close the file.

**SO ORDERED on December 6, 2013.**

<u>s/Mark E. Walker</u>
**United States District Judge**